THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-110-H-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KATHY DENISE WESTON, | ) | |
| Defendant. | ) | |

This matter comes before the undersigned on the Defendant's motion to seal the Proposed Sealed Motion (D.E.# 59) filed by the Defendant in this case. The Court finds that good cause has been shown to allow the filing of such motion under seal.

IT IS THEREFORE ORDERED that the Motion to File Document Under Seal is ALLOWED and the Clerk is directed to permanently seal the Proposed Sealed Motion (D.E.# 59) filed by the Defendant in this case.

SO ORDERED.

This, the 27th day of June 2013.

Malcolm J. Howard
Senior United States District Judge